Saku
8817 S Morgan St
Chicago, IL 60620
(872) 773-9414
Sekoubey99@proton.me

**RECEIVED**
OCT 02 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cv-09325
Judge John F. Kness
Magistrate Judge Sheila M. Finnegan
Random Cat 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMUNITY INVESTMENT CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SAKU,<br><br>    Defendant | Case No.:<br><br>NOTICE OF REMOVAL |

    Be advised, the above captioned case has been removed to FEDERAL COURT.

Take due NOTICE and govern yourselves accordingly.

    Dated this 2nd of October, 2024.

                                         _/s/ SAKU_

NOTICE OF REMOVAL - 1

Saku
8817 S Morgan St
Chicago, IL 60620
(872) 773-9414
Sekoubey99@proton.me

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMUNITY INVESTMENT CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>SAKU,<br><br>        Defendant | Case No.:<br><br>NOTICE OF REMOVAL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties provided by law pursuant to section 1446 of Title 28 U.S.C. (28 U.S.C. 1446) that he caused copies of the foregoing Notice of filing, Notice of Defendant Saku for NOTICE OF REMOVAL to be served on IRIS Y. MARTINEZ, CIRCUIT CLERK COOK COUNTY, IL and the following counsel of record by causing such copies to be personally delivered, prior to 8:00 p.m. on October 2nd 2024:

    Iris Y. Martinez

    50 West Washington Street

    Suite #1001

NOTICE OF REMOVAL - 1

Chicago, IL 60602

(312) 603-5030

Marvin Husby

THE LAW OFFICE OF

MARVIN L. HUSBY, III, PC

852 W. Armitage Ave.

Chicago, IL 60614

(773) 447-3480

marvinhusby@sbcglobal.net

/s/ David Farr

David Farr

NOTICE OF REMOVAL - 2

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Case: 1:24-cv-09325 Document #: 1 Filed: 10/02/24 Page 4 of 5 PageID #:4

| STATE OF ILLINOIS, CIRCUIT COURT | EVICTION COMPLAINT | For Court Use Only |
|---|---|---|
| Cook COUNTY | | FILED<br>8/12/2024 1:52 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2024L712813<br>Courtroom, 1302<br>28906346 |

**Instructions ▼**

Directly above, enter the name of the county where you will file the case.

Enter your name as Plaintiff.

Below "Defendants," enter the names of all the people you are trying to evict.

The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked.

The Circuit Clerk will add a Case Number.

**Plaintiff** *(For example, the landlord or owner)*:
Community Investment Corporation

v.

**Defendants** *(First, middle, last name)*:
Saku

System Generated Hearing Date: <<CmsHearingStart>>
Location: <<CmsHearingResource="Location">>
Judge: <<CmsHearingResource="JudicialOfficer">>

☑ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do know.)*

---

In **1**, enter the address of the property.

1. I have the right to possession of the following property:
   Address: 8817 S Morgan St, Chicago, IL 60620
   _____ Address, Unit #  City  State  ZIP

In **2a-e**, check the reason you are asking the court to evict Defendants from the property.

2. Defendants unlawfully withhold possession and have no right to stay in the property because *(check all that apply)*:
   a. ☐ I ended *(terminated)* the lease for nonpayment of rent. Defendants owe rent for the period: _____ to _____ in the amount of $_____.
                    Date        Date
   b. ☑ They refused to leave the property after their oral or written lease ended.
   c. ☐ I ended *(terminated)* the lease because Defendants violated the terms of their lease by *(explain how they violated the lease)*: _____
   _____
   _____
   d. ☐ They are trespassers.
   e. ☐ They entered lawfully but have overstayed.

In **3**, check the boxes that apply to your situation.

3. I demand possession of the property and court costs.
   I also demand *(check all that apply)*:
   ☐ Past due rent in the amount of $_____.
   ☐ Rent due through the date of judgment.
   ☐ Attorneys' fees, if allowed under the law.

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 4, check the boxes for which documents are attached. You must attach the *Demand* or *Notice*, including the *Affidavit of Service of a Demand or Notice*.<br><br>If your *Eviction Complaint* is based on violation of a lease provision, other than non-payment of rent, you must attach a copy of the lease, or relevant portions of it.<br><br>If you do not attach the *Demand, Notice* or lease, you should complete and attach the *Affidavit – Supporting Documents Not Attached to Eviction Complaint*. | **4.** Attached to the *Eviction Complaint* are *(check all that apply)*:<br>☑ The *Demand* or *Notice*<br>☑ *Affidavit of Service of a Demand or Notice*<br>☐ The written lease agreement<br>☐ *Affidavit – Supporting Documents Not Attached to Eviction Complaint*<br>☐ Other documents supporting the *Eviction Complaint (describe)*: _____<br>_____.<br><br>☐ No documents are attached. |
| Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay. | /s/ Marvin L Husby III                 Marvin L Husby III<br>*Your Signature*                                *Print Your Name*<br><br>852 W Armitage                      Chicago, IL 60614<br>*Street Address*                                *City, State, ZIP* |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. | (773) 447-3480                        marvinhusby@sbcglobal.net<br>*Telephone*                                      *Email* |
| Enter your complete address, telephone number, and email address, if you have one. | |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.